**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1289**

In Re:  JAMES ERIC JONES,

                        Petitioner.

On Petition for Writ of Mandamus.
(4:06-cr-01238-TLW-1; 4:16-cv-01447-TLW)

Submitted:  June 20, 2017                          Decided:  June 27, 2017

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

James Eric Jones, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Eric Jones petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We also deny Jones' motion for bail without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*